IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE BURNS, | ) | Civil Action No. 06-318 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Chief Judge Donetta W. Ambrose |
| V. | ) | |
| | ) | |
| SLIPPERY ROCK UNIVERSITY OF | ) | |
| PENNSYLVANIA, et al., | ) | |
| | ) | |
| Defendants. | ) | Electronically filed. |

## ORDER OF COURT

AND NOW, to-wit, this __5th__ day of __Feb.__ 2008, upon consideration of the foregoing **Slippery Rock University's Motion for Judgment as a Matter of Law as to the Cross-Claim** *converted by the court to a Motion for Summary Judgment* it is hereby **ORDERED** that this motion is **GRANTED**. *based on the opinion of the Ct of Appeals in Bowers v. NCAA. The request of defendant, WMASD, for alternative Rule 50 relief is denied as moot.*

BY THE COURT;

*Donetta W. Ambrose*
_____ J.

2/5/08